# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **MANDAR MIRASHI,** | |
| **Plaintiff,** | **Case. No.** |
| v. | **DECLARATION OF PLAINTIFF** |
| **JOHN DOE,** | **MANDAR MIRASHI IN SUPPORT OF** |
| | **MOTIONS FOR TEMPORARY** |
| **An unknown individual(s),** | **RESTRAINING ORDER AND** |
| | **EXPEDITED DISCOVERY** |
| v. | |
| **521.99931468 Bitcoin,** | |
| *In rem* **Defendant,** | |
| v. | |
| **FixedFloat, Kraken, ChangeNow, exch.cx, TradeOgre and John Doe 2,** | |
| **Relief Defendants.** | |

1. My name is Mandar Mirashi. I am a resident of Hudson County. I am over 18 years of age, and if called upon to do so could competently testify to the truth of the statements below.

2. I make this declaration in support of my motions for a temporary restraining order and for expedited discovery.

3. As of February 27, 2025 I was the owner of 521.99931468 Bitcoin which I kept in two cryptocurrency wallets with blockchain addresses 36cfw3QiQeJJryX7JbWb1DKL7ZP1zMuF1S ("Plaintiff Wallet 1") and 33oV5phadHeUPEgjVNH9fVUZsNhAeDLhAN ("Plaintiff Wallet 2").

4. On February 25, 2027 at 4:01 p.m. I received an email, apparently from Google, referring to a legal matter concerning my Google account. This email is attached as **Exhibit A**.

5. The email appeared to be a notification that relatives of a deceased person receive from Google to allow people access to the Google account of the deceased.

6. I clicked through the "Case File" link where indicated, signed in with my Google credentials, and was directed to a Google case chat portal. It appeared to be a legitimate

Google portal.  As instructed in the email, I cancelled the case to correct the apparent error.

7.  Later, I noticed that I was listed as the deceased.  It seemed strange to me that Google would email the account of the deceased person under these circumstances.

8.  I promptly contacted Google, and at 4:54 p.m. received an email from Google that Google was reviewing my account and that my security settings could not be modified, which I believed meant my password could not be changed and protected my account from any potential harm.  This email is attached as **Exhibit B**.

9.  I also have several Ledger brand "cold storage" wallets which I use to keep my private keys secure.

10.  On February 25, 2025 at 8:31 p.m. I received an email from support+recover@ledger.com, which appeared to be from Ledger.  This email is attached as **Exhibit C**.

11.  The email referred to "Ledger Recover," which is a service provided by Ledger but not one to which I subscribe.

12.  The email also referred to a "recovery request" that I had submitted, and that if I had not submitted a recovery request, I needed to take immediate action by clicking on a link in the email, providing my extended public key, and requesting that my "recovery request" be cancelled.

13.  I had not initiated a recovery request.

14.  I contacted Ledger at 9:32 p.m. and informed them that I believed I was the target of a phishing scam.  This email is attached as **Exhibit D**.

15.  Over the course of the next hour I exchanged emails with Ledger, but as of today I do know which of the Ledger emails were legitimate and which were not.  This email correspondence is attached as **Exhibit E**.

16.  On February 26, 2025 at 3:47 p.m. I received an email from "Ledger Support," which told me that the February 25, 2025 email from support+recover@ledger.com was legitimate, and that I should follow the directions in the February 25 email.  This email is attached as **Exhibit F**.

17.  I was skeptical that the February 25 email was legitimate, so I did not follow the instructions or click on the link.

18.  I exchanged more emails with Ledger trying to determine what was really going on.  These emails are attached as **Exhibit G**, but as of today I do know which of the Ledger emails were legitimate and which were not.

19. At 7:21 p.m. I posted to a Reddit group dedicated to Ledger issues and asked if anyone had seen similar Ledger emails.

20. At 7:31 and 7:33 p.m. I saw responses from Reddit user "Large-Front-658" which encouraged me to click the link in the February 25 email and submit the requested information. A screenshot of this post is attached as **Exhibit H**.

21. Shortly before 8:30 p.m. I received a response to my post from a Reddit user associated with Ledger saying that the February 25 email was a scam. A screenshot of this post is attached as **Exhibit I**.

22. A few minutes after I received this warning, I saw that my entire Reddit account had been deleted and I could no longer access the responses to my post.

23. I viewed the deletion of my Reddit account as an emergency, since only someone with access to my Reddit password could delete my account.

24. At 8:34 p.m., and in view of all the suspicious activity involving Ledger emails, I moved 300 BTC out of my Ledger wallet to my Electrum wallet.

25. I also changed my Google password, which I now found was possible, and set about changing my other passwords.

26. I never clicked on the link in the February 25 Ledger email, and never provided my extended public key or private key to anyone.

27. At 9:14 p.m., I saw a pending transaction on the bitcoin blockchain which attempted to move 302 BTC from my Electrum wallet to an address I was not familiar with, bc1q8fvx5trkyfvt9xmj43pmum9de76lhq0euntngr.

28. I immediately took steps to cancel the transaction, and I was successful in preventing it. A record of the failed transaction is attached as **Exhibit J**.

29. After I managed to stop this attempt, it was obvious my Electrum wallet was compromised so I moved my BTC back to my Ledger wallet.

30. At around 5:00 p.m. the next day, February 27, 2025, I discovered that 521.99931468 BTC was stolen from my two Ledger wallets and sent to address bc1q8fvx5trkyfvt9xmj43pmum9de76lhq0euntngr. A record of that transaction is attached as **Exhibit K**.

31. Smaller amounts of other crypto assets were also stolen from my Ledger and Metamask wallet. The wallets were completely drained.

32. I have contacted the local police and the FBI about the theft.

I make this declaration under penalty of perjury under the laws of the State of New Jersey and the United States.

Dated: March 10, 2025

M. M. Mirashi

Mandar Mirashi

# EXHIBIT A

From: **Google Workspace Alerts** google-workspace-alerts-noreply@google.com
Subject: Alert: Reporting rule - [ACTION REQUIRED] Connected Mailbox was added to your legal request involving your Google Account and Apple ID
Date: February 26, 2025 at 10:00 AM
To: me@redacted-gworkspace.email



# Google Workspace

This Reporting rule alert is to inform you that specific activity occurred based on a custom reporting rule.

The alert details include:

- Date: Wed, Feb 26 2025 14:57 UTC
- Rule Name: [ACTION REQUIRED] Connected Mailbox was added to your legal request involving your Google Account and Apple ID - Assigned to Avery S (post-mortem-cases@google.com) Case ID: 52236626315463
##- Please type replies inside the case file -## This message is to notify you that your email address is linked to the Google Account specified in your request. We wish to express our deepest condolences during this challenging time and thank you for your patience. Should you have any concerns or additional information to share, you can access your case using the authorized email address below. To protect your privacy, sensitive information has been redacted and this message will be permanently removed after 30 days. If you did not request this, please cancel the case at your convenience.
Case file Connected Mailboxes: https://sites.google.com/u/52236626315463/d/1rA5ejK7xeV1Sb7QSI-FkzPsActywquu1/edit Full name of the deceased person: [redacted] [redacted] Email address of the deceased person: *******@*****.*** Full name of relative/legal representative: [redacted] [redacted] Email address of relative/legal representative: *******@*****.*** Attachments: social_scan.pdf, proof_of_address.pdf, court_certified_letters_testamentary.pdf,

passport_scan.pdf, death_cert_(2).pdf

Additional comments or instructions: Please forward all replies to my proton mail, thanks. Tim.

The Google Workspace Team

1600 Amphitheatre Parkway Mountain View, CA 94043; 1 (650) 203-0000 (Intl.)

.

- Event Description: Org Unit /. deleted
- Audit Log: Admin

Please view the alert center for additional details, investigation options, and remediation recommendations.

Go to Alert Center

You have received this important update about your Google Workspace account because you are the designated admin recipient for this alert type. You can turn off these alerts or change the email recipients in the Rules section of the Admin Console.

Google LLC 1600 Amphitheatre Parkway Mountain View, CA 94043

# EXHIBIT B

**From:** **Google** no-reply@accounts.google.com
**Subject:** Security alert
**Date:** February 25, 2025 at 4:54 PM
**To:** mandarmirashi@gmail.com



**Google**

Your account is currently under review and is being managed by Google Support. During this time, security settings cannot be modified. Please check your support inquiry for the latest updates.

# EXHIBIT C

**From:** support+recover@ledger.com
mandarmirashi@gmail.com
**Subject:** Attention Required: Ledger Recover Initiated
**Date:** February 25, 2025 at 8:31 PM
**To:** Mandar Mirashi mandarmirashi@gmail.com



Dear Mandar,

**Ledger Recover has been initiated for your device(s)**

You are receiving this notice due to your recovery request through Ledger Recover on 12:36 AM - February, Wednesday 26th, 2025 UTC. If you did not initiate this recovery process, immediate action is required.

This is in regards to the Ledger customer:
Name: MANDAR X. MIRASHI
Address: 36 Duncan Ave, Jersey City, NJ 07304, USA
Date of Birth: **-**-1970
SSN: ***-**-5467

## Devices In Recovery Request

Ledger LGR-9H2F-7T4K-1X8P

Ledger LGR-5R3M-6Q9S-2V5W

Ledger LGR-8B4N-1Z6D-3Y7C

## Verification Documents Submitted

| Government ID | Driver's License |
|---|---|
| **Onfido Status** | Identity verification submitted and pending review |

## Want to cancel this request?

**Offline Device Usage:** The verification tool can be used on an air-gapped device for your security.

**Instructions to use the verification tool:**

1. Get the latest version from the link below
2. Open it on your device of choice
3. Generate your extended public key
4. Copy the xPub (extended public key) from the tool
5. **Reply directly to this email with your xPub keys, and say you would like to cancel this request**

Ensure you provide your xPub for each device mentioned in your request.

Providing your xPub is the fastest way to verify your identity.

Ledger xPub offline tool

Only the original device owner can provide the correct public keys

**Important:** Simply reply to this email with your xPub keys to expedite the verification process.

Our team will process your request within the next 24 hours. We thank you for your patience during this matter.

Stay secure,
The Ledger Recover Team

This is an automated security alert

© Ledger SAS. All rights reserved. Ledger, Ledger Stax, Ledger Nano S, Ledger Vault, Bolos are trademarks owned by Ledger SAS. | 106 rue du Temple, 75003 Paris, France

# EXHIBIT D

**From:** **Mandar Mirashi** mandarmirashi@gmail.com
**Subject:** Re: Attention Required: Ledger Recover Initiated
**Date:** February 25, 2025 at 9:32 PM
**To:** phishing@ledger.com, care@ledger.fr, support@onfido.com



Ledger support - I do not subscribe to ledger recover. It looks like I am a target of a phishing scam.

They have obtained my address and other information and looks like they are trying to hack my account

They claim to also have sent my drivers license to Onfido for verification so I am also copying Onfido for awareness.

Please follow up.

On Tue, Feb 25, 2025 at 8:31 PM
support+recover@ledger.com
<mandarmirashi@gmail.com> wrote:



Dear Mandar,

**Ledger Recover has been initiated for your device(s)**

You are receiving this notice due to your recovery request through Ledger Recover on 12:36 AM - February, Wednesday 26th, 2025 UTC. If you did not initiate this recovery process, immediate action is required.

This is in regards to the Ledger customer:

Name: MANDAR X. MIRASHI
Address: 36 Duncan Ave, Jersey City, NJ 07304, USA
Date of Birth: **-**-1970
SSN: ***-**-5467

## Devices In Recovery Request

Ledger LGR-9H2F-7T4K-1X8P

Ledger LGR-5R3M-6Q9S-2V5W

Ledger LGR-8B4N-1Z6D-3Y7C

## Verification Documents Submitted

| Government ID | Driver's License |
|---|---|
| **Onfido Status** | Identity verification submitted and pending review |

## Want to cancel this request?

**Offline Device Usage:** The verification tool can be used on an air-gapped device for your security.

**Instructions to use the verification tool:**

1. Get the latest version from the link below
2. Open it on your device of choice
3. Generate your extended public key
4. Copy the xPub (extended public key) from the tool
5. **Reply directly to this email with your xPub keys, and say you would like to cancel this request**

Ensure you provide your xPub for each device mentioned in your request.

Providing your xPub is the fastest way to verify your identity.

**Ledger xPub offline tool**

Only the original device owner can provide the correct public keys

**Important:** Simply reply to this email with your xPub keys to expedite the verification process.

Our team will process your request within the next 24 hours. We thank you for your patience during this matter.

Stay secure,
The Ledger Recover Team

This is an automated security alert

© Ledger SAS. All rights reserved. Ledger, Ledger Stax, Ledger Nano S, Ledger Vault, Bolos are trademarks owned by Ledger SAS. | 106 rue du Temple, 75003 Paris, France

# EXHIBIT E

**From:** **Phishing** phishing+noreply@ledger.fr
**Subject:** Re: Re: Attention Required: Ledger Recover Initiated
**Date:** February 25, 2025 at 9:34 PM
**To:** mandarmirashi@gmail.com

Acknowledgment of Your Phishing/Scam Report

Hi,

Thank you for bringing the phishing attempt you experienced to our attention. At Ledger, we take all reports of phishing scams involving your funds very seriously, and our team are reviewing the details of your report.

As you may be aware, the cryptocurrency industry is frequently targeted by similar malicious campaigns, so while we are unable to provide you with a personalized response, please be assured that we are treating your report with the utmost importance and will take appropriate action to address it.

In the meantime, if you have lost funds as a result of such a campaign, please remember that Ledger does not have any access to, or control over, our users' funds. We strongly recommend that you contact your local authorities to file a police report.

Do you require direct assistance from our support team?

If you require direct assistance, we invite you to visit our support portal at https://support.ledger.com and use the chat widget located in the bottom-right corner of the page.

Are you reporting a Phishing email?

If you have forwarded a phishing email you've received, please be aware that we will be unable to investigate further without the .EML / .HTML file that gives us the technical detail (files such as .pdf or .png cannot be processed). Please follow the below instructions to obtain the .EML / .HTML  file so that we can investigate.
- If using Gmail:
   ° Select the three dots in the upper right corner of the email and click on Show original
   ° Copy this information and send it to us in an email
- If using Outlook:
   ° Open the email, then click on File>Properties>Internet headers.
   ° Copy this information and send it to us in an email

Important Reminder: Ledger will never ask you for your 24 words, and we strongly recommend you always keep your 24-word recovery phrase safe and offline.  Ledger does not provide customer support for individual cases on Telegram, Whatsapp, Linked in, X, or any other social media site.  Ledger does not provide phone support; any phone call you receive from someone claiming to represent Ledger or Ledger Support is a scam attempt. If you receive such a call, do not share any information, hang up immediately, and report the phone number to us by emailing phishing@ledger.fr.

Privacy Notice: Ledger will use the personal data provided in your phishing report for investigative purposes and may share it with law enforcement authorities. If you do not wish for your information to be shared, please contact Ledger Support via https://support.ledger.com. For more details about how we handle your data, please refer to our Phishing Campaigns Status page (https://www.ledger.com/phishing-campaigns-status).

Thank you for your cooperation and support in maintaining the security of our community.

Sincerely,
The Ledger Brand Protection Team

**From:** **Care Ledger** care@ledger.fr
**Subject:** Ledger Support Case Closed
**Date:** February 25, 2025 at 9:34 PM
**To:** mandarmirashi@gmail.com



# Your case has been closed due to inactivity

Since you have not responded to your case 00113666 recently we have automatically closed it.

Any further replies on this case will not reach one of our agents.
If you are still in need of support you can use the button below to open a new case with one of our support agents.

Feel free to use your current case number in the new case. This will allow the agent to get caught up on your issue and what steps have already been taken to fix it.



Best regards,
Ledger Support

**Keep your 24-word recovery phrase safe and offline. Ledger Live will never have you input it, and there is no legitimate reason for anyone to ask you for it. Ledger does not provide phone support, or support on Telegram or Whatsapp.  Beware of phishing sites pretending to be Ledger.  Learn the basics about how to stay safe out there at  Ledger Academy.**

**From:** **Care Ledger** care@ledger.fr
**Subject:** Re: Ledger Support - Case 00113667 [ thread::MX3iR-Mxcgm7AhDy8HSPbyI:: ]
**Date:** February 25, 2025 at 10:03 PM
**To:** mandarmirashi@gmail.com





Hi,

Could you let me know the phone number or email of the people who contacted you please so that I can report this to the authorities?

Please continue to stay vigilant of all the possible scams in this guide and never share your recovery phrase with anyone.

Let me know if you have additional questions regarding this.

Kind regards,

Sybil
Ledger Support

---

Visit the Ledger Academy to learn more about what Ledger does for you and your assets.

Our essentials - Ledger Nano X, Ledger Nano S+, Ledger Backup Pack. Add an extra security layer to your assets with a Cryptosteel, Billfodl, or Cryptotag Zeus.

LEDGER

   

This email was sent to you because you requested support at support.Ledger.com. We respect your right to privacy. Read our Privacy Policy and Cookie Policy. © Ledger SAS 2023. All rights reserved. Ledger brands are registered trademarks of Ledger SAS. Ledger SAS, 106 Rue du Temple, 75003 Paris, France.

thread::MX3iR-Mxcgm7AhDy8HSPbyI::

**From:** **Mandar Mirashi** mandarmirashi@gmail.com
**Subject:** Re: Ledger Support - Case 00113667 [ thread::MX3iR-Mxcgm7AhDy8HSPbyI:: ]
**Date:** February 25, 2025 at 10:19 PM
**To:** Care Ledger care@ledger.fr



Hi - I forwarded you the phishing email.. it was an email and it purportedly came from support+recover@ledger.com

I sent you the original email with headers as well as to the phishing email address at ledger and the support address at Onfido

What is particularly concerning is that they have my information and are using it to create an attack vector.

On Tue, Feb 25, 2025 at 10:03 PM Care Ledger <care@ledger.fr> wrote:



Hi,

Could you let me know the phone number or email of the people who contacted you please so that I can report this to the authorities?

Please continue to stay vigilant of all the possible scams in this guide and never share your recovery phrase with anyone.

Let me know if you have additional questions regarding this.

Kind regards,

Sybil
Ledger Support

Visit the Ledger Academy to learn more about what Ledger does for you and your assets.

Our essentials - Ledger Nano X, Ledger Nano S+, Ledger Backup Pack. Add an extra security layer to your assets with a Cryptosteel, Billfodl, or Cryptotag Zeus.



   

This email was sent to you because you requested support at support.Ledger.com. We respect your right to privacy. Read our Privacy Policy and Cookie Policy. © Ledger SAS 2023. All rights reserved. Ledger brands are registered trademarks of Ledger SAS. Ledger SAS, 106 Rue du Temple, 75003 Paris, France.

thread::MX3iR-Mxcgm7AhDy8HSPbyI::

# EXHIBIT F

**From:** **Care Ledger**
mandarmirashi@gmail.com
**Subject:** Re: Ledger Support - Case 00113667 [ thread::MX3iR-Mxcgm7AhDy8HSPbyI:: ]
**Date:** February 26, 2025 at 3:47 PM
**To:** Mandar Mirashi  mandarmirashi@gmail.com



Hi,

I checked over this email, and do conclude that this was not a phishing email. The email did in fact originate from our Ledger Recover Team.

This request is currently being processed, if you do not recognize it, we must proceed with you cancelling the recovery by providing your xPub key.

Please continue to stay vigilant of all the possible scams in this guide and never share your recovery phrase with anyone.
Let me know if you have additional questions regarding this.

Kind regards,

Sybil
Ledger Support

Visit the Ledger Academy to learn more about what Ledger does for you and your assets.

Our essentials - Ledger Nano X, Ledger Nano S+,  Ledger Backup Pack. Add an extra security layer to your assets with a Cryptosteel, Billfodl, or Cryptotag Zeus.



   

This email was sent to you because you requested support at support.Ledger.com . We respect your right to privacy. Read our Privacy Policy and Cookie Policy. © Ledger SAS 2025. All rights reserved. Ledger brands are registered trademarks of Ledger SAS. Ledger SAS, 106 Rue du Temple, 75003 Paris, France.

thread::MX3iR-Mxcgm7AhDy8HSPbyI::

# EXHIBIT G

**From:** **Mandar Mirashi** mandarmirashi@gmail.com
**Subject:** Re: Ledger Support - Case 00113667 [ thread::MX3iR-Mxcgm7AhDy8HSPbyI:: ]
**Date:** February 26, 2025 at 6:45 PM
**To:** Care Ledger care@ledger.fr



That does not make sense.  I DO NOT have a ledger recover subscription.

Someone has fraudulently put in a subscription using my stolen identity information and is trying to hack me

MAndar
845-380-7542

On Wed, Feb 26, 2025 at 3:47 PM Care Ledger
<care@ledger.fr>
<mandarmirashi@gmail.com> wrote:



Hi,

I checked over this email, and do conclude that this was not a phishing email. The email did in fact originate from our Ledger Recover Team.

This request is currently being processed, if you do not recognize it, we must proceed with you cancelling the recovery by providing your xPub key.

Please continue to stay vigilant of all the possible scams in this guide and never share your recovery phrase with anyone.
Let me know if you have additional questions regarding this.

Kind regards,

Sybil
Ledger Support

Visit the Ledger Academy to learn more about what Ledger does for you and your assets.

Our essentials - Ledger Nano X, Ledger Nano S+,  Ledger Backup Pack. Add an extra security layer to your assets with a Cryptosteel, Billfodl, or Cryptotag Zeus.



   

This email was sent to you because you requested support at support.Ledger.com . We respect your right to privacy. Read our Privacy Policy and Cookie Policy. © Ledger SAS 2025. All rights reserved. Ledger brands are registered trademarks of Ledger SAS. Ledger SAS, 106 Rue du Temple, 75003 Paris, France.

thread::MX3iR-Mxcgm7AhDy8HSPbyI::

From: **Care Ledger**
mandarmirashi@gmail.com
Subject: Re: Ledger Support - Case 00113667 [ thread::MX3iR-Mxcgm7AhDy8HSPbyI:: ]
Date: February 26, 2025 at 7:24 PM
To: Mandar Mirashi  mandarmirashi@gmail.com



Hi,

After further review of this case, I can see that you are enrolled within the Ledger Recover process.

If you believe there is any fraudulent activity or the request itself is fraudulent, we urge you to complete the verification request as soon as you are able to. This will help aid us in protecting you and your assets.

You can generate your xPub here, completely offline.

Please continue to stay vigilant of all the possible scams in this guide and never share your recovery phrase with anyone.

Let me know if you have additional questions regarding this.

Kind regards,

Sybil
Ledger Support

Visit the Ledger Academy to learn more about what Ledger does for you and your assets.

Our essentials - Ledger Nano X,  Ledger Nano S+,  Ledger Backup Pack. Add an extra security layer to your assets with a Cryptosteel, Billfodl, or Cryptotag Zeus.



   

This email was sent to you because you requested support at support.Ledger.com . We respect your right to privacy. Read our Privacy Policy and Cookie Policy. © Ledger SAS 2023. All rights reserved. Ledger brands are registered trademarks of Ledger SAS. Ledger SAS, 106 Rue du Temple, 75003 Paris, France.

thread::MX3iR-Mxcgm7AhDy8HSPbyI::



**From:** **Mandar Mirashi** mandarmirashi@gmail.com
**Subject:** Re: Ledger Support - Case 00113667 [ thread::MX3iR-Mxcgm7AhDy8HSPbyI:: ]
**Date:** February 26, 2025 at 7:28 PM
**To:** Care Ledger care@ledger.fr

---

Please tell me how I can check if this is even my device?

How do I check the device id / serial number? There are 3 device ids listed

On Wed, Feb 26, 2025 at 7:24 PM Care Ledger
<care@ledger.fr>                                                                    .
<mandarmirashi@gmail.com> wrote:



Hi,

After further review of this case, I can see that you are enrolled within the Ledger Recover process.

If you believe there is any fraudulent activity or the request itself is fraudulent, we urge you to complete the verification request as soon as you are able to. This will help aid us in protecting you and your assets.

You can generate your xPub here, completely offline.

Please continue to stay vigilant of all the possible scams in this guide and never share your recovery phrase with anyone.

Let me know if you have additional questions regarding this.

Kind regards,

Sybil
Ledger Support

---

Visit the Ledger Academy to learn more about what Ledger does for you and your assets.

Our essentials - Ledger Nano X, Ledger Nano S+, Ledger Backup Pack. Add an extra security layer to your assets with a Cryptosteel, Billfodl, or Cryptotag Zeus.



   

This email was sent to you because you requested support at support.Ledger.com . We respect your right to privacy. Read our Privacy Policy and Cookie Policy. © Ledger SAS 2023. All rights reserved. Ledger brands are registered trademarks of Ledger SAS. Ledger SAS, 106 Rue du Temple, 75003 Paris, France.

thread::MX3iR-Mxcgm7AhDy8HSPbyI::

**From:** **Care Ledger**
mandarmirashi@gmail.com
**Subject:** Re: Ledger Support - Case 00113667 [ thread::MX3iR-Mxcgm7AhDy8HSPbyI:: ]
**Date:** February 26, 2025 at 7:41 PM
**To:** Mandar Mirashi  mandarmirashi@gmail.com





Hi,

When Ledger Recover is enrolled, it is securely linked to your customer information and Ledger devices. The devices associated with your account are determined based on your purchase history, ensuring that only authorized devices are recognized.

Each device's serial ID is proprietary information recorded within our company's secure records, maintaining the confidentiality and integrity of your data.

Let me know if you have additional questions regarding this.

Kind regards,

Sybil
Ledger Support

---

Visit the Ledger Academy to learn more about what Ledger does for you and your assets.

Our essentials - Ledger Nano X,  Ledger Nano S+,  Ledger Backup Pack. Add an extra security layer to your assets with a Cryptosteel, Billfodl, or Cryptotag Zeus.

   

This email was sent to you because you requested support at support.Ledger.com . We respect your right to privacy. Read our Privacy Policy and Cookie Policy. © Ledger SAS 2023. All rights reserved. Ledger brands are registered trademarks of Ledger SAS. Ledger SAS, 106 Rue du Temple, 75003 Paris, France.

thread::MX3iR-Mxcgm7AhDy8HSPbyI::

**From:** **Mandar Mirashi** mandarmirashi@gmail.com
**Subject:** Re: Ledger Support - Case 00113667 [ thread::MX3iR-Mxcgm7AhDy8HSPbyI:: ]
**Date:** February 26, 2025 at 8:11 PM
**To:** care@ledger.fr

Ok but how do I check which of my devices  is which?

Please tell the recover team to delay any action .. I am on my way home and will respond when I can in a few hours

On Wed, Feb 26, 2025 at 7:41 PM Care Ledger
<care@ledger.fr>
<mandarmirashi@gmail.com> wrote:



Hi,

When Ledger Recover is enrolled, it is securely linked to your customer information and Ledger devices. The devices associated with your account are determined based on your purchase history, ensuring that only authorized devices are recognized.

Each device's serial ID is proprietary information recorded within our company's secure records, maintaining the confidentiality and integrity of your data.

Let me know if you have additional questions regarding this.

Kind regards,

Sybil
Ledger Support

---

Visit the Ledger Academy to learn more about what Ledger does for you and your assets.

Our essentials - Ledger Nano X, Ledger Nano S+,  Ledger Backup Pack. Add an extra security layer to your assets with a Cryptosteel, Billfodl, or Cryptotag Zeus.



   

This email was sent to you because you requested support at support.Ledger.com . We respect your right to privacy. Read our Privacy Policy and Cookie Policy. © Ledger SAS 2023. All rights reserved. Ledger brands are registered trademarks of Ledger SAS. Ledger SAS, 106 Rue du Temple, 75003 Paris, France.

thread::MX3iR-Mxcgm7AhDy8HSPbyI::

**From:** **Care Ledger**
mandarmirashi@gmail.com
**Subject:** Re: Ledger Support - Case 00113667 [ thread::MX3iR-Mxcgm7AhDy8HSPbyI:: ]
**Date:** February 26, 2025 at 8:21 PM
**To:** Mandar Mirashi  mandarmirashi@gmail.com



 **SUPPORT**

Hi,

If there are multiple devices in the request, it is best advised to generate your xPublic keys for all device(s) you currently own (this is how we verify). Once we have received sufficient evidence you are the owner, we can go ahead with the cancellation. You may generate them on an offline computer with the tool.

If you have any additional questions or need further assistance, feel free to reach out.

Kind regards,

Sybil
Ledger Support

Visit the Ledger Academy to learn more about what Ledger does for you and your assets.

Our essentials - Ledger Nano X, Ledger Nano S+,  Ledger Backup Pack. Add an extra security layer to your assets with a Cryptosteel, Billfodl, or Cryptotag Zeus.

   

This email was sent to you because you requested support at support.Ledger.com . We respect your right to privacy. Read our Privacy Policy and Cookie Policy. © Ledger SAS 2023. All rights reserved. Ledger brands are registered trademarks of Ledger SAS. Ledger SAS, 106 Rue du Temple, 75003 Paris, France.

thread::MX3iR-Mxcgm7AhDy8HSPbyI::

# EXHIBIT H



# EXHIBIT I

# Oreddit

Q • r/ledgerwallet O  Search in r/ledgerwallet

O +

$I\!N$ Home

$\circledR$ Popular

$6$ Answers **BETA**

@ Explore

GD All

CUSTOM FEEDS "

+ Create a custom feed

RECENT "

e r/jerseycity

- r/ledgerwallet

e r/CryptoScams

 r/private_equity

---

**Kells-ledger** • 10d ago • *ʃ*- Stickied comment
ledgef:Customer Success  8  Top 1% Commenter

This is definitely a **scam.** Thank you for bringing awareness to this. I've shared the email details with our brand protection team.

First, do not share your xpubs or any other sensitive information, including your recovery phrase. It is the master key to your accounts and funds. Also, keep in mind:

- ledger Recover is an optional service. If you don't use it there's no reason someone would be trying to restore your accounts with it.
- Requesting xpubs is a huge red flag. Your extended public keys (xpubs) *can* be used to derive all your public addresses and monitor your transactions, compromising your privacy. While xpubs alone can't spend your funds, they expose a lot of information.
- "Restoring access• is a common scam tactic. Scammers use urgency and fear to pressure you into acting quickly without thinking.

Moving forward, do not reply to the emails, engaging with scammers only confirms that your email address is active. Mark the email as spam or phishing to help your email provider identify and block similar scams in the future. You can learn more about common scams targeting crypto users on our site here.

Finally, you mentioned reaching out to our support team about this. Please always use our **offic.ial** support website here for help, and of course, do not interact with any email addresses associated with the scam emails you're receiving.

◆ Vote  -0,    O Reply    Share    …


Aggressive__Stable588 • 10d ago

---

## r/ledgerwallet

**Ledger**
Discussions about ledge
us @ ledger.com

@ Created Dec 22, 2014

@ Public

**161K**            **140**
Ledger users        eOnline

COMMUNITY BOOKMARKS

Ledge

Shop

**Academ**

Suppo

Follow u

RULES



# EXHIBIT J



# EXHIBIT K

**Bitcoin Transaction**

Broadcasted on 27 Feb 2025 02:20:10 GMT-5

USD



TX

**Hash ID**
1c4ee05899d0a089df654b91eed7d6e5ce28f636
09f34e2e483e410cd633dc19

**Amount** 521.99931468 BTC · $45,151,385
**Fee** 89,600 SATS · $77.50
**From**
**To** bc1q8-nttngr

Confirmed

This transaction has 1,185 Confirmations. It was mined in Block 885,606

This transaction paid ~40% more in fees due to inefficiencies associated with older wallets.

Learn More

---

**Summary**

This transaction was first broadcasted on the Bitcoin network on February 27, 2025 at 02:20 AM GMT-5. The transaction currently has 1,185 confirmations on the network. The current value of this transaction is now $45,151,385.

**Advanced Details**

| | | | |
|---|---|---|---|
| Hash | 1c4e-dc19 | Block ID | 885,606 |
| Position | 2 | Time | 27 Feb 2025 02:20:10 |
| Age | 10d 8h 28m 34s | Inputs | 2 |
| Input Value | 522.00021068 BTC | Outputs | 1 |
| Fee | $45,151,462 | Output Value | 521.99931468 BTC |
| | 0.00089600 BTC | | $45,151,385 |
| Fee/VB | $77.50 | Fee/B | 232.727 sat/B |
| Weight | 401.794 sat/vByte | Size | 385 Bytes |
| Coinbase | 892 | Weight Unit | 100.448 sat/WU |
| RBF | No | Witness | Yes |
| Version | No | Locktime | 885,605 |
| | 2 | BTC Price | $86,497.02 |

Overview    JSON

**From**



1  3 6cfw3QpiQeJJryX7JbWb51DKL7ZP12MuF1S
   219.99510525 BTC · $19,028,921

2  33oV5phadHeUPEgjVNH9fVUZsNhAeDLhAN
   302.00510543 BTC · $26,122,541

**To**

1  bc1a8fvx5trkyfvd9xmj43pmum9de76lhq0euntngr
   521.99931468 BTC · $45,151,385