# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **MANDAR MIRASHI,** | |
| **Plaintiff,** | **Case. No. 1:25-1805** |
| **v.** | |
| **JOHN DOE,** | **CERTIFICATION OF SERVICE** |
| **An unknown individual(s),** | |
| **v.** | |
| **521.99931468 Bitcoin,** | |
| ***In rem* Defendant,** | |
| **v.** | |
| **FixedFloat, Kraken, ChangeNow, exch.cx, TradeOgre, and John Doe 2,** | |
| **Relief Defendants.** | |

1.    My name is Adam Gonnelli and I am counsel for the plaintiff in the above-captioned action.

2.    Pursuant to the Court's May 12, 2025 Order Imposing Temporary Restraints (Dkt. 5) I undertook to serve the Relief Defendants with the Order and the Court's Opinion (Dkt. 4).

3.    On March 13, 2025 I served FixedFloat by sending the Court's Order and Opinion to FixedFloat's designated email, info@fixedfloat.com.

4.    On March 13, 2025 I served Kraken by sending the Court's Order and Opinion to Kraken's designated email, support@kraken.com; by sending an email to one of

Kraken's in-house attorneys with whom I am acquainted; and by sending an overnight delivery to Kraken's Wyoming address, 106 E. Lincoln Way, Cheyenne, Wyoming 82001. Please note that in the complaint I incorrectly stated that Kraken is headquartered in Canada, which it is not.

5.      On March 13, 2025 I served ChangeNow by sending the Court's Order and Opinion to ChangeNow's designated email, compliance@changenow.io and by sending the Court's Order and Opinion to ChangeNow's headquarters at Euro House, Richmond Hill Road, Kingstown, Saint Vincent and the Grenadines.

6.      On March 13, 2025 I served exch.cx by sending the Court's Order and Opinion to support@exch.cx.

7.      On March 13, 2025 I served TradeOgre by sending the Court's Order and Opinion to contact@tradeogre.com.  I have not yet found a reliable physical address for TradeOgre.

8.      As of the evening of March 13, 2025, FixedFloat, ChangeNow and Kraken have responded to the emails.

I certify that the foregoing statements made by me are true.

Dated: March 13, 2025

_____
Adam Gonnelli