UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MANDAR MIRASHI,<br><br>        Plaintiff,<br><br>        v.<br><br>JOHN DOE,<br><br><br><br>        An unknown individual(s),<br><br>        v.<br><br>521.99931468 Bitcoin,<br><br>        *In rem* Defendant,<br><br>        v.<br><br>FixedFloat, Kraken, ChangeNow, exch.cx, TradeOgre and John Doe 2,<br><br>        Relief Defendants. | Case. No. 2:25-CV-01805 (EP) (LDW)<br><br>DECLARATION OF ADAM GONNELLI IN SUPPORT OF PLAINTIFF'S REQUEST FOR ADDITIONAL EXPEDITED DISCOVERY |

1. My name is Adam Gonnelli, and I am counsel for plaintiff Mandar Mirashi in the above- captioned action.

2. I make this Declaration in support of Mr. Mirashi's request for additional expedited discovery.

3. In response to a subpoena served upon Reddit, Inc., Mr. Mirashi received information concerning the Reddit account of the unknown person who sent Mr. Mirashi misleading communications in service of the fraud.

4. Reddit produced three IP addresses from which the misleading messages were sent.

5. Those three IP addresses were associated with internet service providers Tzulo, Inc, of Chicago, and DataCamp Ltd. and UK2.net of the United Kingdom.

6. Reddit also produced the email address associated with the same account, which is a Gmail address hosted by Google.

I make this Declaration under penalty of perjury under the laws of the State of New Jersey and the United States.

Dated May 18, 2025

_____
Adam Gonnelli