UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **MANDAR MIRASHI,** | |
| **Plaintiff,** | Case. No. 2:25-CV-01805 (EP) (LDW) |
| **v.** | **[PROPOSED] ORDER** |
| **JOHN DOE,** | |
| **An unknown individual(s),** | |
| **v.** | |
| **521.99931468 Bitcoin,** | |
| *In rem* **Defendant,** | |
| **v.** | |
| **FixedFloat, Kraken, ChangeNow, exch.cx, TradeOgre and John Doe 2,** | |
| **Relief Defendants.** | |

On March 12, 2025 the Court granted Plaintiff's motion for expedited discovery. (Dkt. 6.) Plaintiff has now filed a letter motion seeking leave to conduct additional expedited discovery upon four companies which may have information related to the identity of the party or parties named as John Doe defendants in this action.

Having reviewed Plaintiff's submission, the Court **Orders** and **Adjudges** as follows:

1. Plaintiff's motion is **Granted**.

2. Plaintiff may serve subpoenas on Tzulo, Inc., DataCamp Ltd., UK2.net and Google Inc. requesting:

Records associated with John Doe's access to the service including user identification, account and registration records, login and logout records, IP addresses, digital footprint material, device IDs, and network records.

3. The recipients of the subpoenas shall respond within fifteen calendar days of receipt.

4. The recipients of the subpoenas shall refrain from notifying their customers of receipt of the subpoenas until further order of the Court.

5. The Court will consider extension requests with good cause shown.

_____

U.S.M.J.